UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                         21-CR-110 (NGG)

JACOB DASKAL,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Rachel A. Shanies from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney Rachel A. Shanies
        United States Attorney's Office (Criminal Division)
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6140
        Email: Rachel.Shanies@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Rachel A. Shanies at the email address set forth above.

Dated: Brooklyn, New York
November 17, 2022

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Rachel A. Shanies
Rachel A. Shanies
Assistant U.S. Attorney

cc: Clerk of the Court (NGG)