

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

March 23, 2023

**VIA ECF**

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

  Re: *United States v. Daskal*, 21-cr-110 (NGG)

Dear Judge Garaufis:

  We represent defendant Jacob Daskal in the above-referenced matter. We write to respectfully request a four-week adjournment of the deadlines to file supplemental briefing on the pretrial motions pending before the Court such that the government's supplemental affidavit will be due on April 28, 2023, and Mr. Daskal's reply will be due on May 12, 2023. The parties are actively engaged in plea negotiations. This additional time is necessary to accommodate those continued discussions, which may resolve the case short of trial.

  We have conferred with counsel for the government, who consent to this request.

          Respectfully Submitted,

          __/s/ IH_____

          Henry E. Mazurek
          Ilana Haramati
          Jason I. Ser

          *Counsel for Defendant Jacob Daskal*

cc: Counsel of Record (*via ECF*)

> **SO ORDERED.**
>
> /s/ Nicholas G. Garaufis
> **Hon. Nicholas G. Garaufis**
> **Date:** March 24, 2023