

*Ilana Haramati*
Partner
Direct (64) 860-3130
Fax (212) 655-3535
ih@msf-law.com

July 6, 2023

**VIA ECF**

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

Re:   *United States v. Daskal*, **21-cr-110 (NGG)**

Dear Judge Garaufis:

We represent defendant Jacob Daskal in the above-referenced matter. We write to respectfully request a brief extension of the deadline to file the proposed jury instructions until Monday July 10, 2023. We have conferred with counsel for the government who consents to this request.

Respectfully Submitted,

/s/ HEM
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Jacob Daskal*

cc:   Counsel of Record (*via ECF*)

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 7/6/23