U.S. Department of Justice

United States Attorney
Eastern District of New York

EMR/GN
F. #2018R02232

271 Cadman Plaza East
Brooklyn, New York 11201

July 10, 2023

<u>By ECF and E-mail</u>

Henry E. Mazurek, Esq.
Ilana Haramati, Esq.
Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor
New York, NY 10017

      Re:    <u>United States v. Jacob Daskal</u>
              <u>Criminal Docket No. 21-110 (NGG)</u>

Dear Counsel:

      On July 10, 2023, the government electronically shared, via USAfx, its disclosures pursuant to 18 U.S.C. § 3500 and Rule 26.2 of the Federal Rules of Criminal Procedure ("3500 material") in connection with the upcoming trial in the above-referenced case, scheduled to commence on July 17, 2023. The government has also electronically shared, via USAfx, its proposed exhibits.

      The government does not concede the relevance, materiality or admissibility of the information disclosed herein. If the government becomes aware of any additional 3500 or Rule 16 material, the government will provide it to you as it becomes available. The government also reserves its right to supplement and amend its exhibits. The government continues to request reciprocal discovery from the defendant.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Erin Reid
      Genny Ngai
      (718) 254-7000

cc:    Clerk of the Court (NGG) (by ECF) (without enclosures)