MSF
Meister Seelig & Fein PLLC

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

September 12, 2023

**VIA ECF**

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

**Re: *United States v. Daskal*, 21-cr-110 (NGG)**

Dear Judge Garaufis:

We represent defendant Jacob Daskal in the above-referenced matter. We write to respectfully request permission for Mr. Daskal to travel outside of his home to attend extended synagogue services on Monday September 25, 2023, which is the Jewish holiday of Yom Kippur. Mr. Daskal will attend services at his synagogue, Congregation Shaarei Zion of Bobov, located at 4715 15th Avenue in Boro Park, Brooklyn.

We have conferred with Pretrial Services who consent to this request, and with counsel for the government (AUSA Reid) who defers to Pretrial Services regarding this request.

Respectfully Submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Jacob Daskal*

cc: Counsel of Record (*via ECF*)
Pretrial Services (*via Email*)

**Application granted.**
**So Ordered.**
s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 9/13/23