**DOCKET NUMBER: CR 21-0110 (NGG)**

## CRIMINAL CAUSE FOR GUILTY PLEA

Date Received By Docket Clerk:_____     Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE: JULY 14 2023  TIME IN COURT** <u>1</u> **HRS   30   MINS AT 3:OO PM.**

**1. DEFENDANT:** JACOB DASKAL

Present X   Not Present _____   Custody _____   Not Custody X

**DEFENSE COUNSEL:** HENRY MAZUREK / ILANA HARAMATI
   FEDERAL DEFENDER: _____   CJA: _____   RETAINED: X

**2. DEFENDANT:**
Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER: _____   CJA: _____   RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:   CJA:   **RETAINED:**

**A.U.S.A.:** ERIN REID / GENNY NGAI

**COURT REPORTER:** VICTORIA TORRES BUTLER
**INTERPRETER:**   **LANGUAGE:**

| | | |
|---|---|---|
| X | Change of Plea Hearing (~Util-Plea Entered) | ☐ Revocation of Probation contested |
| ☐ | Arraignment | ☐ Sentencing on a violation |
| ☐ | Bail Application | ☐ Motion Hearing |
| ☐ | Violation | ☐ Hearing |
| ☐ | Status Conference | ☐ Sentencing |
| ☐ | Bail Violation Hearing | ☐ Motion for sentence reduction |
| ☐ | Curcio Hearing | ☐ Oral Argument |
| ☐ | Voir Dire Held   ☐ Jury selection | ☐ Jury trial |
| ☐ | Jury Trial Death Penalty   ☐ Sentence enhancement Phase | ☐ Bench Trial Begun |

**Speedy Trial Start :   Speedy Trial Stop:   CODE TYPE: XT**
Do these minutes contain ruling(s) on motion(s)?

THE DEFENDANT PLEADS GUILTY TO COUNT 2 OF THE SUPERSEDING INDICTMENT (S-1) PURSUANT TO RULE 11(c)(1)(C) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE. SENTENCING IS SCHEDULED FOR FOR WEDNESDAY, OCTOBER 11, 2023 AT 11:00 AM.