Case 1:21-cr-00110-NGG   Document 155   Filed 10/11/23   Page 1 of 2 PageID #: 1715



**ABRAMS FENSTERMAN, LLP**
ATTORNEYS AT LAW

**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany

<u>Via PACER and Email</u>
The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

October 11, 2023

Re: United States v. Jacob Daskal
Criminal Docket No. 21-110
(NGG)

Dear Judge Garaufis:

I hope this letter finds you well. Our firm is being retained by members of the Congregation Bobov (Bobover Hasidism). Once retained we will prepare and deliver a statement at sentencing on behalf of the Community of the Defendant in this case. Our clients are of the view that said statement would be helpful to your honor in determining the appropriate sentence to be imposed pursuant to 18 U.S.C Sect. 3552 (a) (2).

Considering our retention later today we respectfully ask this Court for a brief two -week adjournment of the sentencing hearing scheduled for tomorrow October 11, 2023.

Page 1 of 2



My co-counsel, Roger Archibald discussed this adjournment with the government yesterday evening, and they oppose said request for no apparent viable reason.

Mr. Archibald will appear in court later today to formally make this request.

We thank the Court for its consideration.

Respectfully Submitted,

_____
Hon. Jeffrey D. Lebowitz, (Ret.)

_____
Roger Archibald, Esq.