DOCKET NUMBER:  CR 21-0110  (NGG)

## CRIMINAL CAUSE FOR SENTENCING

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

BEFORE JUDGE: <u>GARAUFIS</u>  DATE: OCTOBER 11, 2023   TIME IN COURT  _2_  HRS      MINS
@ 11:00 AM.

**1. DEFENDANT: JACOB DASKAL**

Present X    Not Present        Custody      Not Custody   X

**DEFENSE COUNSEL: HENRY MAZUREK / ILANA HARAMATI**
  FEDERAL DEFENDER:         CJA:              RETAINED: X

**2. DEFENDANT:**
Present        Not Present       Custody              Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:         CJA:              RETAINED:

**3. DEFENDANT:**
Present    Not Present    Custody       Not Custody

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:   CJA:   RETAINED:**

**A.U.S.A.: ERIN REID / GENNY NGAI**

**COURT REPORTER: DENISE PARISI**
**INTERPRETER:         LANGUAGE:**

☐ Change of Plea Hearing (*~Util-Plea Entered*)   ☐ Revocation of Probation contested
☐   Arraignment                                   ☐ Sentencing on a violation
☐   Bail Application                              ☐ Motion Hearing
☐   Violation                                     ☐ Hearing
☐   Status Conference                             X Sentencing
☐     Bail Violation Hearing                      ☐ Motion for sentence reduction
☐     Curcio Hearing                              ☐ Oral Argument
☐     Voir Dire Held        ☐     Jury selection           X Jury trial
☐     Jury Trial Death Penalty  ☐   Sentence enhancement Phase       ☐   Bench Trial Begun

**Speedy Trial Start :     Speedy Trial Stop:    CODE TYPE:** XT
**Do these minutes contain ruling(s) on motion(s)?    YES                    NO    X**

SENTENCING HELD; SEE JUDGMENT.