

Meister Seelig & Fein PLLC

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

February 12, 2024

**VIA ECF**

Hon. Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4D South
Brooklyn, NY 11201

Re:   *United States v. Daskal*, **21-cr-110 (NGG)**

Dear Judge Garaufis:

We write on behalf of defendant Jacob Daskal in the above-referenced matter to respectfully request an order exonerating Mr. Daskal's bail bond. On October 11, 2023, Mr. Daskal was sentenced by this Court to a term of 210 months' incarceration. Mr. Daskal was directed to report to his designated BOP facility on December 27, 2023, which he did.

Because Mr. Daskal is now serving his sentence, we respectfully request that the Court order his bail exonerated. Specifically, we request an order that all liens associated with Defendant Jacob Daskal's bail be removed from the family homes of his wife and children located in Brooklyn, New York, which collectively secured Mr. Daskal's bond.

We further request an order that the co-signors' liability be exonerated for the personal recognizance portion of the bond, in the amount of $4,500,000 (four million five hundred thousand dollars).

We have conferred with the government (AUSA Reid) who consents to this request.

Respectfully Submitted,

/s/ IH
Henry E. Mazurek
Ilana Haramati

*Counsel for Defendant Jacob Daskal*

cc:   Counsel of Record (*via ECF*)

**Application granted.
So Ordered.**
/s/(NGG)

Hon. Nicholas G. Garaufis
Date: 2/12/24