**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

e-mail: Batista007@aol.com                                        Facsimile: (212) 344-7677

December 9, 2025

<u>VIA ECF & EMAIL</u>
Hon. Nicholas G. Garaufis
Senior United States District Judge
United States District Judge for the
    Eastern District of New York
U.S. Courthouse
Room 1426 S
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:     **United States of America v. Jacob Daskal,**
                         **<u>CR-21-0110 (NGG)</u>**

Dear Judge Garaufis:

       I represent Rivka Mandel, the victim of the crimes committed by Jacob Daskal ("Daskal"). As Your Honor may recall, the Court on October 11, 2023, sentenced Daskal to a term 17.5 years imprisonment, 5 years of supervised release, a fine of $250,000 "due immediately," and other financial sanctions (*see* ECF Doc. No. 162).

       I write for the purpose of requesting a pre-motion conference with respect to a proposed motion by Ms. Mandel for the release of the complete Pre-Sentence Report ("PSR") relating to Daskal.

       The relevant background for this request is as follows:

       *First*, I represent Ms. Mandel in a federal civil action in this Court entitled *Rivka Mandel* v. *Jacob Daskal*, 1:23-cv-07352 (RER) (VMS) (the "Mandel Civil Action"), in which Ms. Mandel seeks recovery for the damages inflicted on her by Daskal;

Hon. Nicholas G. Garaufis
December 9, 2025
Page 2

*Second*, as reflected in my December 8, 2025, letter to Assistant U.S. Attorney Daniel G. Saavedra (*see* annexed Exhibit 1), Daskal obviously has no intention of fulfilling his financial obligations to the United States. My letter to AUSA Saavedra, drawing on information publicly available on PACER, reflects that Daskal is in very material breach of his obligation to pay the fine and other financial sanctions imposed by Your Honor. More specifically, the public record discloses that Daskal has paid only $5,225 of the fine and is in default of at least $272,022.41, with interest accruing daily.

*Third*, it is blatantly obvious that Daskal – who has no hesitation about flaunting the financial obligations imposed by Your Honor – has no intention of disclosing financial information to Ms. Mandel in the Mandel Civil Action and plainly will take every stratagem available to avoid payment of any judgment to which Ms. Mandel may become entitled.

*Fourth*, there is every obvious reason to believe that the PSR contains financial and other relevant information germane to Mr. Mandel's civil action and, of course, to his ability to pay the financial sanctions imposed by Your Honor.

*Fifth*, by letter dated October 19, 2023 (*see* annexed Exhibit 2), I sought leave to move for the release of the PSR. In a docket entry dated October 27, 2023, Your Honor denied, "without prejudice," my request for a pre-motion conference. Moreover, Your Honor's text order stated that the "victim's counsel is directed to advise the Court when an attorney has appeared on behalf of [Daskal] in the civil case and may renew an application for a pre-motion conference at that time."[1]

Respectfully submitted,

Paul Batista

cc: All Counsel of Record

---

[1] In accordance with the text order, I wrote a letter dated November 6, 2023 (*see* annexed Exhibit 3) notifying Your Honor that, on November 1, 2023, the firm of Meister Seelig & Fein PLLC, filed a Notice of Appearance in Ms. Mandel's civil action. The Meister Seelig firm had also represented Daskal in the criminal action resulting in his conviction.

# Exhibit 1

**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

e-mail: Batista007@aol.com

Facsimile: (212) 344-7677

December 8, 2025

VIA ECF
Daniel G. Saavedra, Esq. [daniel.saavedra@usdoj.gov]
Assistant U.S. Attorney
United States Attorney's Office
277 Cadman Plaza East
Brooklyn, New York 11201

Re: United States of America v. Jacob Daskal, CR-21-0110 (NGG)

Dear Mr. Saavedra:

I represent Rivka Mandel, the victim of the crimes of which Jacob Daskal ("Daskal") was convicted. Daskal was sentenced on his judgment of conviction on October 11, 2023 to 210 months imprisonment, 5 years of supervised release, a fine of $250,000 "due immediately" (*see* ECF Doc. No. 162) and a $5,000 assessment (*id.*).

On behalf of Ms. Mandel, I have, of course, been following Daskal's non-compliance with the financial aspects of his sentence. Among other things, Daskal has paid only $5,225 of the fine and other financial sanctions of his sentence.

The docket reveals that he owes at least $272,022.41, with interest accruing daily, as indicated by Writs of Garnishment filed in the criminal action by the U.S. Attorney's Office.

On behalf of Ms. Mandel, who is the plaintiff in a civil action against Daskal for damages stemming from the crimes he committed against her – and in the public interest – I am writing

Daniel G. Saavedra, Esq.
December 8, 2025
Page 2

respectfully to urge you to take steps under the Federal Debt Collection Procedures Act of 1990 to enforce and collect this indebtedness to the United States.

It is a matter of public record, as enunciated by Judge Garaufis during sentencing procedures, that Daskal is a "wealthy" man who, among other things, transferred more than $10 million to his family members before imposition of the sentence.

Candidly, it is an affront to the system of justice that Daskal has paid only approximately $5,000 to the United States.

To the extent that there is anything Ms. Mandel and I can do to assist the United States in enforcement and collection of the financial sanctions, I urge you to contact me.

Respectfully submitted,

Paul Batista

cc: All Counsel of Record
    Ms. Rivka Mandel
    Mitchell Schuster, Esq.
    Stacey Ashby, Esq.
    Eli J. Esakoff, Esq.

# Exhibit 2

**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

e-mail: Batista007@aol.com                          Facsimile: (212) 344-7677

October 19, 2023

<u>VIA ECF</u>
Hon. Nicholas G. Garaufis
United States District Judge for the
   Eastern District of New York
U.S. Courthouse
Room 1426 S
225 Cadman Plaza East
Brooklyn, New York 11201

            Re:     **United States v. Jacob Daskal,**
                     **1:21-cr-0110 (NGG) –**
                     <u>**Request for Pre-Motion Conference**</u>

Dear Judge Garaufis:

      I represent Ms. Rivka Mandel, the victim of the criminal conduct of defendant Jacob Daskal ("Daskal"). Daskal was sentenced to 17.5 years of imprisonment by Your Honor on October 11, 2023.

<u>**Request for Pre-Motion Conference**</u>

      In accordance with the Court's Individual Rules §V(A), I write for the purpose of requesting a pre-motion conference with respect to Ms. Mandel's intention to move for an order directing the release to her and me of the Pre-Sentence Report prepared and filed by the Probation Department in connection with the sentencing of Daskal.

<u>**Basis for Motion**</u>

      As Your Honor knows, Daskal was convicted of the sexual abuse, including rape, of Ms. Mandel when she was 15 years old. On October 2, 2023, after Daskal entered a plea of guilty, Ms. Mandel initiated a civil action against Daskal seeking damages for the injuries he inflicted on her. Filed in this Court, the civil action, *Rivka Mandel* v. *Jacob Daskal*, 1:23-cv-07352 (NRM) (VMS), was assigned to Judge Morrison.

Hon. Nicholas G. Garaufis
October 19, 2023
Page 2

Although we recognize, as we must, that Pre-Sentence Reports are generally treated as confidential (and indeed the PSR relating to Daskal is under seal), we submit that the unique circumstances of this case warrant release of the Daskal PSR to Ms. Mandel and me. *See, e.g., United States* v. *Raul Gomez*, 323 F.3d 1305 (11th Cir. 2003) (affirming a District Court order releasing a PSR to litigants in another case and determining that the release was not an abuse of discretion). Ms. Mandel's civil action, which at this point names Daskal as the defendant and John Does 1-100 as relief defendants, seeks substantial financial damages in an amount to be determined at trial.

Among other things, the civil action alleges that Daskal transferred millions of dollars of his assets in sham transactions to other persons and entities in an effort to evade Daskal's financial responsibility to Ms. Mandel. The allegations relating to transfers of assets were made on information and belief.

Significantly, I am advised that at the sentencing Your Honor referred to the transfer by Daskal of $10 million to members of his family. Information regarding that transfer was apparently contained in the PSR. The disclosure of that transfer confirms, in part, the allegations of the civil complaint that Daskal transferred very substantial funds – well beyond the $10 million – to others.

Daskal was, of course, under an obligation to comply fully and truthfully with the Probation Department. As an attorney with 45 years of experience in federal criminal litigation, I am very familiar with PSRs, and it is likely that Daskal's PSR contains information (whether truthful or not) about his financial condition, including his assets, liabilities, ownership interests, location of bank accounts, and similar financial information relevant to Ms. Mandel's demand for damages.

Since Daskal has made admissions of liability under oath before the Court, Ms. Mandel and I do not need portions of the PSR that are not related to Daskal's finances. It is our intention in the civil action to move for summary judgment as to Daskal's liability based on his admissions in the criminal case. We are prepared to treat Daskal's PSR, or any portions of the PSR that may be released, as confidential.

Hon. Nicholas G. Garaufis
October 19, 2023
Page 3

## Conclusion

For the foregoing reasons, I respectfully request that the Court conduct a pre-motion conference with respect to Ms. Mandel's intention to move for release of Daskal's PSR.

Respectfully submitted,

Paul Batista

cc: All Counsel of Record

# Exhibit 3

**PAUL BATISTA, P.C.**
Attorney-at-Law
26 Broadway – Suite 1900
New York, New York 10004
(631) 377-0111

e-mail: Batista007@aol.com                                            Facsimile: (212) 344-7677

November 6, 2023

VIA ECF
Hon. Nicholas G. Garaufis
United States District Judge for the
   Eastern District of New York
U.S. Courthouse
Room 1426 S
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    **United States v. Jacob Daskal,**
                    **1:21-cr-0110 (NGG)**

Dear Judge Garaufis:

    I represent Ms. Rivka Mandel, the victim of the crimes for which defendant Jacob Daskal was recently sentenced by Your Honor to a term of 17.5 years in prison.

    By Order entered on October 27, 2023, Your Honor directed me "to advise the court when an attorney has appeared on behalf of" Mr. Daskal in the civil action filed by Ms. Mandel and assigned to Judge Morrison, *Rivka Mandel* v. *Jacob Daskal*, 1:23-cv-07352 (NRM) (VMS).

    On November 1, 2023, a Notice of Appearance was filed by Stacey M. Ashby of Meister Selig & Fein PLLC (*see* annexed Exhibit 1). Ms. Ashby's firm also represents Mr. Daskal in the criminal action.

                                                                Respectfully submitted,

                                                                Paul Batista

cc:  All Counsel of Record

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
RIVKA MANDEL,                                        CIVIL ACTION NO. 23-CV-7352 NRM-VMS

        Plaintiff,

v.                                                   **NOTICE OF APPEARANCE**

JACOB DASKAL,

        Defendant.
-------------------------------------------------X

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Stacey M. Ashby of Meister Seelig & Fein PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby respectfully appears as counsel for Defendant **Jacob Daskal** in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address and email stated below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 1, 2023

                                    **MEISTER SEELIG & FEIN PLLC**

                                    By: _/s/ Stacey M. Ashby_
                                        Stacey M. Ashby, Esq.
                                  125 Park Avenue, 7th Floor
                                  New York, New York 10017
                                  Tel: (212) 655-3500
                                  Email: sma@msf-law.com

                                  *Attorney for Defendant Jacob Daskal*

Case 1:21-cv-00110-NGG Document 172 Filed 12/02/25 Page 13 of 13 PageID #: 274

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
RIVKA MANDEL,                                        CIVIL ACTION NO. 23-CV-7352 NRM-VMS

        Plaintiff,

v.                                                                **NOTICE OF APPEARANCE**

JACOB DASKAL,

        Defendant.
-----------------------------------------------X

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Stacey M. Ashby of Meister Seelig & Fein PLLC, with offices located at 125 Park Avenue, 7th Floor, New York, New York 10017, hereby respectfully appears as counsel for Defendant **Jacob Daskal** in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address and email stated below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 1, 2023

                                                  **MEISTER SEELIG & FEIN PLLC**

                                                  By: _/s/ Stacey M. Ashby_
                                                        Stacey M. Ashby, Esq.
                                                125 Park Avenue, 7th Floor
                                                New York, New York 10017
                                                Tel: (212) 655-3500
                                                Email: sma@msf-law.com

                                                *Attorney for Defendant Jacob Daskal*