UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,       )
                                )
                                )       Criminal Docket No.
            v.                  )       CR-21-110 (NGG)
                                )
JACOB DASKAL,                   )
                                )
            Defendant,          )
                                )
            and                 )
                                )
METLIFE, INC.,                  )
                                )
            Garnishee.          )

## ORDER OF TERMINATION OF WRITS OF GARNISHMENT

WHEREAS, subsequent to the issuance of the writ of garnishment by the Clerk of Court against MetLife, Inc., the Defendant and the Government entered into an agreement, in which the Defendant has agreed to satisfy the criminal judgment imposed against him in the above-captioned case; and

WHEREAS, based on the agreement between the Defendant and the Government, the Government has requested that the Court terminate the Writs of Garnishment, without prejudice;

IT IS HEREBY ORDERED AND ADJUDGED THAT the Writs of Garnishment are terminated, without prejudice.

Dated: Brooklyn, New York
       December 10, 2025

                          s/Nicholas G. Garaufis
            _____
            HONORABLE NICHOLAS G. GARAUFIS
            UNITED STATES DISTRICT JUDGE