# COHEN✿GREEN

May 5, 2026

Hon. Nicholas G. Garaufis, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>By Facsimile.</u>

Re:      **United States v. Daskal, 21-cr-00110**

Dear Judge Garaufis:

My firm and co-counsel represent Rivka Mandel. As the Court may recall, through outgoing counsel, Ms. Mandel intended to move to release Defendant Daskal's Presentence Investigation Report ("PSR"), as relevant to her pending civil case ("*Mandel*") against Daskal. We write, to make two requests:

- First, per the Court's Individual Rule II(E), to request an adjournment of the deadline the Court set in its April 16, 2026 Minute Order.
- And second, per the docket clerk, to ask the Court to add Rivka Mandel as an "Interested Party" on the docket, so we can properly make future filings on the ECF System.

As to the second, I am not currently able to make this application on ECF, as required by the Court's Individual Rules I(A) and II(A). I have faxed a copy of this letter, and asked counsel for Defendant to file a copy as a courtesy.

Per the Court's Rules:

(1) The original deadline is May 8, 2026;
(2) This is the first extension request;
(3) N/A; and
(4) Defendant takes no position; the United States has not responded to my emails;

For (5) and (6), as well as the reason for the request, my firm has just been engaged on the civil case, and we do not yet have the case file, and we have filed a motion to compel transfer of the file (which would presumably include work product on this issue). *Mandel*, ECF No. 144. Additionally, we have served a proposed *Touhy* request on defense counsel in *Mandel*, and are not sure at present whether the *Touhy* request might moot out the need for this application altogether (and that, perhaps, is related to the Court's comment that standing to make a motion in this case proper may be an issue and needed to be addressed first in any briefing).

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t: (929) 888.9480 · f: (929) 888.9457 · FemmeLaw.com



     Accordingly, we would ask the Court to adjourn the deadline to file the motion until the latter of (1) 30 days after resolution of our pending motion to compel outgoing counsel to turn over the file; or (2) 30 days after any order in fact directs production of the file (or after it is turned over while the motion is pending).

     As always, we thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____

J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

COHEN&GREEN            Page 2 of 2

Cohen&Green P.L.L.C. · 1639 Centre Street, Suite 216 · Ridgewood, New York · 11385 · t.: (929) 888.9480 · f.: (929) 888.9457 · FemmeLaw.com